

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,057

**EX PARTE ROBERTO CALDERON, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CRHC-04-0103720 IN THE 216TH DISTRICT COURT
### FROM BANDERA COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of indecency with a child and sentenced to two years' imprisonment.

Applicant contends that he is being denied credit for time he was confined prior to conviction for which a detainer was lodged for this offense. The trial court has submitted affidavits and documents reflecting that such a detainer was lodged and that Applicant was not given credit on this sentence for 157 days of that period. Application of that credit results in complete discharge of this

sentence, and entitles Applicant to immediate release because he is serving no other sentence.

The Texas Department of Criminal Justice, Criminal Institutions Division, shall credit Applicant's sentence in Cause Number 3720-04 with an additional 157 days, and immediately discharge him from custody.

Filed: December 17, 2008
Do not publish